✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    California

JENS ERIK SORENSEN, as Trustee of SORENSEN
RESEARCH AND DEVELOPMENT TRUST
v.
SENCO PRODUCTS, INC.

**APPEARANCE**

Case Number:  08 cv0071 W LSP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Jens Erik Sorensen, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST

I certify that I am admitted to practice in this court.

| | |
|---|---|
| January 14, 2008 | |
| Date | Signature |
| | J. Michael Kaler |
| | Print Name |

SBN 158296
Bar Number

9930 Mesa Rim Rd., Suite 200
Address

| | | |
|---|---|---|
| San Diego | CA | 92121 |
| City | State | Zip Code |
| 858-362-3150 | | 858-824-9073 |
| Phone Number | | Fax Number |

American LegalNet, Inc.
www.USCourtForms.com