Roger G. Perkins, Esq., CSB #86617
Rperkins@mpplaw.com
Angela Kim, Esq., CSB #216374
Akim@mpplaw.com
MORRIS POLICH & PURDY LLP
501 West Broadway, Suite 500
San Diego, California 92101
Telephone: (619) 557-0404
Facsimile:  (619) 557-0460

Robert S. Mallin, Esq., ISB #6205051
Rmallin@brinkshofer.com
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
Telephone: (312) 321-4221
Facsimile:  (312) 321-4299

Attorneys for Defendant SENCO PRODUCTS, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, As Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff, <br><br> v. <br><br> SENCO PRODUCTS, INC., a Ohio corporation; and DOES 1-100 <br><br> Defendants. | CASE NO. 3:08-cv-00071-BTM-CAB <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF SENCO PRODUCTS, INC.** <br><br> [Hon. Barry Ted Moskowitz] |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for SENCO PRODUCTS, INC. in the above-captioned action make the following disclosure:

---

1 | Defendant Senco Products, Inc. is a wholly owned subsidiary of SENCORP. SENCORP is not
2 | publicly traded and there are no publicly traded companies that own at least 10% of Senco Products.

Date: February 12, 2008                           MORRIS POLICH & PURDY, LLP

                                    By:    s/Roger G. Perkins
                                           Attorneys for Defendant
                                           SENCO PRODUCTS, INC.
                                           Rperkins@mpplaw.com

SD017440.DOC

-2-
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF SENCO PRODUCTS, INC.**
**3:08-CV-00071-BTM-CAB**

*Jens Erik Sorensen v. Senco Products, Inc.*
U.S. District Court, Southern District, Case No. 3:08-cv-00071-BTM-CAB

## CERTIFICATE OF SERVICE

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 501 West Broadway, Suite 500, San Diego, California 92101-3544.

On February 12, 2008, I served a copy of the foregoing document(s) entitled: **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF SENCO PRODUCTS, INC.** to all parties in this action.

SEE SERVICE LIST

| | |
|---|---|
| Robert S. Mallin, Illinois Bar No. 6205051<br>Rmallin@brinkshofer.com<br>Brinks Hofer Gilson & Lione<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611-5599<br>Telephone: (312) 321-4221<br>Facsimile:   (312) 321-4299 | **Attorneys for Defendant One World Technologies, Inc.**<br><br>**(SERVICE BY MAIL)** |
| Melody A. Kramer, Esq. CSB #169984<br>Mak@kramerlawip.com<br>Kramer Law Office, Inc.<br>9930 Mesa Rim Road, Suite 1600<br>San Diego, CA 92121<br>619/993-0874 | **Attorney for Plaintiff** |
| J. J. Michael Kaler, Esq.<br>michael@kalerlaw.com<br>9930 Mesa Rim Road, Suite 200<br>San Diego, California 92121<br>858/362-3151 | **Attorney for Plaintiff** |

☒ **ELECTRONIC FILING**

☒ **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 12, 2008, at San Diego, California.

*NANCY DAVIS*

PROOF OF SERVICE
3:08-cv-00071-BTM-CAB

SD017453