**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

MARION OH 43302

| | | |
|---|---|---|
| Postage | $ | $1.65 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.45 |

Postmark Here — JAN 18

Sent To: Senco Products, Inc.
National Registered Agents Inc
Street, Apt. No.; or PO Box No.: 145 Baker Street
City, State, ZIP+4: Marion, Ohio 43302

PS Form 3800, January 2001        See Reverse for Instructions

7001 0320 0004 3020 1519

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Senco Products, Inc.
National Registered Agents, Inc.
145 Baker Street
Marion, Ohio 43302

NATIONAL SERVICE INFORMATION, INC.
145 BAKER STREET
MARION, OH 43302

4a. Article Number
7001 0320 0004 3020 1519

4b. Service Type
☐ Registered       ☒ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery: 2/25 AN

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994      102595-98-B-0229      Domestic Return Receipt