# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORSENSEN, As Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SENCO PRODUCTS, INC., a Ohio corporation; and DOES 1-100<br><br>Defendants. | CASE NO. 3:08-cv-00071-BTM-CAB<br><br>**ORDER EXTENDING DEADLINE FOR SENCO PRODUCTS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Hon. Barry Ted Moskowitz] |

Pursuant to stipulation by the parties and good cause appearing therefore, the Court hereby grants Plaintiff and Defendant Senco Products, Inc.'s Joint Motion to extend the deadline for Defendant Senco Products, Inc. to respond to Plaintiff's complaint from February 22, 2008 to March 5, 2008.

IT IS SO ORDERED.

Dated: February 13, 2008

_____
Honorable Barry Ted Moskowitz
Judge of the United States District Court

SD017443.DOC

_____
**[PROPOSED] ORDER**
**3:08-CV-00071-BTM-CAB**