1  **MELODY A. KRAMER**, SBN 169984
   KRAMER LAW OFFICE, INC.
2  9930 Mesa Rim Road, Suite 1600
3  San Diego, California 92121
   Telephone (858) 362-3150
4  email: mak@kramerlawip.com

5  **J. MICHAEL KALER**, SBN 158296
   KALER LAW OFFICES
6  9930 Mesa Rim Road, Suite 200
7  San Diego, California 92121
   Telephone (858) 362-3151
8  email: michael@kalerlaw.com

9
   Attorneys for Plaintiff JENS ERIK SORENSEN,
10 as Trustee of SORENSEN RESEARCH AND
   DEVELOPMENT TRUST
11

12

13                    UNITED STATES DISTRICT COURT

14                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

15

16 | JENS ERIK SORENSEN, as Trustee of     ) Case No. 08cv00071 BTM CAB
   | SORENSEN RESEARCH AND                 )
17 | DEVELOPMENT TRUST,                    )
                                           )
18 |              Plaintiff                )
        v.                                 ) **REPLY TO COUNTERCLAIM OF SENCO**
19                                         ) **PRODUCTS, INC.**
   | SENCO PRODUCTS, INC., an Ohio         )
20 | corporation; and DOES 1 – 100,        )
                                           )
21 |              Defendants.              )
                                           )
22 |_____)
                                           )
23 | and related counterclaims.            )
                                           )
24                                         )
                                           )
25 |_____)

26

27

28

Plaintiff/Counterdefendant Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust ("SRDT"), hereby responds to the specific paragraphs of the Counterclaims of Defendant/Counterclaimant Senco Products, Inc.:

1. Upon information and belief, admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit.

## FIRST COUNTERCLAIM
## FOR DECLARATION OF NONINFRINGEMENT

8. SRDT realleges and incorporates by reference its responses to paragraphs 1-7, above, as though fully set forth herein.

9. Admit that Counterclaimant is attempting to allege an action under the Federal Declaratory Judgments Act, 28 U.S.C. §§ 2201 and 2202.

10. Deny.

## SECOND COUNTERCLAIM
## FOR DECLARATION OF PATENT INVALIDITY

11. SRDT realleges and incorporates by reference its responses to paragraphs 1-10, above, as though fully set forth herein.

12. Admit.

13. Deny.

14. Admit that Counterclaimant is attempting to allege an action under the Federal Declaratory Judgments Act, 28 U.S.C. §§ 2201 and 2202.

15. Deny.

**WHEREFORE,** SRDT prays that judgment on Senco's Cross-Complaint be entered as follows:

    a.    For judgment in favor of SRDT and against Senco's on all requested relief;

    b.    That this case is decreed an "exceptional case" and SRDT is awarded reasonable attorneys' fees by the Court pursuant to 35 U.S.C. § 285;

    c.    For costs of suit herein incurred;

    d.    For such other and further relief as the Court may deem just and proper.

DATED this 12th day of March, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ Melody A. Kramer

Melody A. Kramer, Esq.
J. Michael Kaler, Esq.
Attorneys for Plaintiff

3.

Case No. 08cv00071 BTM CAB

PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Wednesday, March 12, 2008, 2008, I served the following documents:

**REPLY TO COUNTERCLAIM OF SENCO PRODUCTS, INC.**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Roger G. Perkins, Esq<br>rperkins@mpplaw.com<br>MORRIS POLICH & PURDY LLP<br>501 West Broadway, Suite 500<br>San Diego, California 92101 | Senco Products, Inc. | Email - Pleadings Filed with the Court via ECF |
| Angela Kim, Esq.<br>akim@mpplaw.com<br>MORRIS POLICH & PURDY LLP<br>501 West Broadway, Suite 500<br>San Diego, California 92101 | Senco Products, Inc. | Email - Pleadings Filed with the Court via ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

4.

Case No. 08cv00071 BTM CAB

1
2  [X] (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

3
4  [ ] (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

5  I declare that the foregoing is true and correct, and that this declaration was executed on

6  Wednesday, March 12, 2008, in San Diego, California.

7

8                                               /s./ Melody A. Kramer
9                                               Melody A. Kramer

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28