Roger G. Perkins, Esq., CSB #86617
Rperkins@mpplaw.com
Angela Kim, Esq., CSB #216374
Akim@mpplaw.com
MORRIS POLICH & PURDY LLP
501 West Broadway, Suite 500
San Diego, California 92101
Telephone: (619) 557-0404
Facsimile:  (619) 557-0460

Robert S. Mallin, Illinois Bar No. 6205051
Rmallin@brinkshofer.com
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
Telephone: (312) 321-4221
Facsimile:  (312) 321-4299

**Attorneys for Defendant Senco Products, Inc.**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, As Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SENCO PRODUCTS, INC. an Ohio Corporation; and DOES 1-100<br><br>Defendants. | CASE NO. 3:08-cv-00071-BTM-CAB<br><br>**DECLARATION OF ROBERT S. MALLIN IN SUPPORT OF MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**<br><br>Date:        May 16, 2008<br>Time:        11:00 a.m.<br>Courtroom:   15<br>Hon. Barry Ted Moskowitz<br><br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

---

DECLARATION OF ROBERT S. MALLIN IN SUPPORT OF MOTION TO STAY
PENDING OUTCOME OF REEXAMINATION PROCEEDINGS
3:08-CV-00071-BTM-CAB

I, Robert S. Mallin, declare:

1. I am a member of the bar of the State of Illinois, and I am a partner at the law firm of Brinks Hofer Gilson & Lione, which represents Defendant SENCO PRODUCTS, INC. ("SENCO") in this action. I filed a *pro hac vice* application for this case. I make this declaration pursuant to CivLR 7.1(f)(2)(a) in support of the Senco's Motion to Stay Pending Outcome of Reexamination Proceedings. Unless otherwise noted, the statements made herein are of my own first-hand knowledge, and if called upon to testify thereof I could and would do so competently.

2. Attached hereto as Exhibit 1 is a true and correct copy of the PTO-stamped transmittal for the Request for Reexamination, dated July 30, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Order Granting Ex Parte Reexamination, mailed October 11, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Order Granting Ex Parte Reexamination, mailed February 21, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Order Granting in Part and Denying in Part Defendants' Motion to Stay, dated September 10, 2007 in the case of *Sorensen v. Black & Decker Corp., et al.*, U. S. District Court, Southern District of California, Case No. 06cv1572 BTM (CAB).

6. Attached hereto as Exhibit 5 is a true and correct copy of a Letter from Robert S. Mallin to Melody A. Kramer, dated March 12, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of a Letter from Melody A. Kramer to Robert S. Mallin, dated March 12, 2008.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Ex Parte Reexamination Filing Data - June 30, 2006, of the U. S. Patent and Trademark Office.

9. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt from the Manual of Patent Examining Procedure, § 2250(III), page 2200-74 dated August 2006, available at http://www.uspto.gov/web/offices/pac/mpep/documents/2200_2250.htm#sect2250.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of March, 2008 in Chicago, Illinois.

BRINKS HOFER GILSON & LIONE

By: /s/ Robert S. Mallin
    Robert S. Mallin
    Attorney for Defendants
    Email: rsm@usebrinks.com

455 N. Cityfront Plaza
Suite 3600
Chicago, IL 60611
Telephone: (312) 321-4221
Facsimile: (312) 321-4299

**DECLARATION OF ROBERT S. MALLIN IN SUPPORT OF MOTION TO STAY
PENDING OUTCOME OF REEXAMINATION PROCEEDINGS
3:08-CV-00071-BTM-CAB**