# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN,<br><br>                Plaintiff,<br><br>vs.<br><br><br><br>BLACK & DECKER, ET. AL.,<br><br>                Defendant. | CASE NO. 06CV1572 BTM (CAB)<br>NO. 08CV60<br>NO. 08CV70<br>NO. 07CV71<br>NO. 07CV2277<br>NO. 08CV308<br>NO. 08CV305<br>NO. 08CV231<br><br>ORDER SETTING ORAL ARGUMENT |

and related cases.
_____

     Due to the Court's own schedule, the motion hearings set for August 8, 2008 at 11:00 a.m. in the above cases is continued. The Court shall hear oral argument on these motions on August 20, 2008 at 10:30 a.m. Any party who wishes to appear telephonically shall contact chambers at 619-557-5583 for further information.

  IT IS SO ORDERED.

DATED: July 24, 2008

                                            *[signature]*
                                      Honorable Barry Ted Moskowitz
                                      United States District Judge