Roger G. Perkins, Esq., CSB #86617
Rperkins@mpplaw.com
Kristina M. Pfeifer, Esq., CSB #234352
Kpfeifer@mpplaw.com
MORRIS POLICH & PURDY LLP
501 West Broadway, Suite 500
San Diego, California 92101
Telephone: (619) 557-0404
Facsimile:  (619) 557-0460

Robert S. Mallin, Illinois Bar No. 6205051
Rmallin@brinkshofer.com
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
Telephone: (312) 321-4221
Facsimile:  (312) 321-4299

**Attorneys for Defendants**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, As Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SENCO PRODUCTS, INC., an Ohio Corporation; and DOES 1-100<br><br>Defendants. | CASE NO. 3:08-cv-00071-BTM-CAB<br><br>**DECLARATION OF ROBERT S. MALLIN IN SUPPORT OF SENCO PRODUCTS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE**<br><br>Date:          August 8, 2008<br>Time:         11:00 a.m.<br>Courtroom:   15<br>Hon. Barry Ted Moskowitz<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

---

**DECLARATION OF ROBERT S. MALLIN IN SUPPORT OF SENCO PRODUCTS, INC'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE**
3:08-CV-00071-BTM-CAB

1. I, Robert S. Mallin, declare:

2. 1. I am a member of the bar of the state of Illinois, and I am a partner at the law firm of Brinks Hofer Gilson & Lione, which represents SENCO PRODUCTS, INC. in this action. I am admitted *pro hac vice* in this case. I make this declaration pursuant to Civ LR 7.1(f)(2)(a) in support of SENCO PRODUCTS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE.

3. 2. Attached at Exhibit 1 is a true and correct copy of a letter dated May 6, 2008

4. 3. Attached at Exhibit 2 is a true and correct copy of a letter dated May 27, 2008

5. 4. Attached at Exhibit 3 is a true and correct copy of a letter dated June 3, 2008.

6. 5. Attached at Exhibit 4 is a true and correct copy of a letter dated June 6, 2008

7. 6. SRDT did not respond to the letter dated June 6, 2008.

8. 7. Attached at Exhibit 5 is a true and correct copy of a letter dated July 10, 2006.

9. 8. Attached at Exhibit 6 is a true and correct copy of a letter dated November 30, 2007.

10. 9. Attached at Exhibit 7 is a true and correct copy of a letter dated January 30, 2008 along with a true and correct copy of the Declaration of William Chen.

11. 10. Attached at Exhibit 8 is a true and correct copy of a letter dated January 30, 2008.

12. 11. Attached at exhibit 9 is a true and correct copy of the deposition of Robert Bugos that was filed by SRDT in Case No. 3:08-cv-00060-BTM-CAB on April 23, 2008 as Docket Entry No. 37-6.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of July, 2008.

/s/ Robert S. Mallin

-2-

**DECLARATION OF ROBERT S. MALLIN IN SUPPORT OF SENCO PRODUCTS, INC'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE**
**3:08-CV-00071-BTM-CAB**