MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
email: mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
email: michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br>v.<br><br>SENCO PRODUCTS, INC., an Ohio corporation; and DOES 1 – 100,<br><br>Defendants.<br>_____<br>and related counterclaims. | Case No. 08cv00071 BTM CAB<br><br>PROOF OF SERVICE OF [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR EXCEPTION TO STAY |

1  I, Zhenya Bjork, declare:  I am and was at the time of this service working within in the County of San Diego, California.  I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Tuesday, August 26, 2008, I served the following documents:

**[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR EXCEPTION TO STAY**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Roger G. Perkins<br>Angela Kim<br>Kristina M. Pfeifer<br>MORRIS POLICH & PURDY LLP<br>501 West Broadway, Suite 500<br>San Diego, California 92101<br>rperkins@mpplaw.com<br>akim@mpplaw.com<br>Kpfeifer@mpplaw.com | Senco Products, Inc. | Email |
| Robert S. Mallin<br>Brinks Hofer Gilson & Lione<br>NBC Tower<br>455 N City Front Plaza Drive<br>Suite 3600<br>Chicago, IL 60611<br>rmallin@brinkshofer.com | Senco Products, Inc. | Email |

[X]  (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Tuesday, August 26, 2008, in San Diego, California.

/s/ Zhenya Bjork
———————————————
Zhenya Bjork

2.

Case No. 08cv00071 BTM CAB